**Notice Recipients**

District/Off: 0315−1                User: culy                    Date Created: 12/21/2018

Case: 18−10944−TPA             Form ID: pdf900            Total: 3


**Recipients of Notice of Electronic Filing:**

tr       Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com

aty      Daniel P. Foster            dan@mrdebtbuster.com

                                                                        TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

        Kristin A. Zilberstein, Esq.        1920 Old Tustin Ave.        Santa Ana,, CA 92705

                                                                        TOTAL: 1